UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX JIMENEZ TOXTLE, ET. AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET. AL.<br><br>Defendants. | 1:20-cv-00951 DAD SKO<br><br>NEW CASE NUMBER:<br><br>**1:20-cv-00951  SKO**<br><br>**ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the District Judge Dale A. Drozd docket to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:20-cv-00951 SKO**

IT IS SO ORDERED.

Dated:  **November 13, 2020**                            /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE

1