1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX JIMENEZ TOXTLE and JUAN CARLOS VARGAS HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and YANCHHI YAM,<br><br>Defendants. | Case No.  1:20-cv-00951-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 34) |

On August 24, 2021, the parties filed a joint stipulation dismissing the entire action with prejudice.  (Doc. 34.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**August 25, 2021**__                    _____*/s/ Sheila K. Oberto*_____
                                                    UNITED STATES MAGISTRATE JUDGE